# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 107 MM 2016

Respondent :

v. :

ALTON D. BROWN, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.